Roger A. Colvin, Esq. (SBN 68773)
Vincent C. Ewing, Esq. (SBN 177708)
Eric G. Salbert, Esq. (SBN 276073)
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North, Suite 400
City of Industry, CA  91746
Telephone (562) 699-5500 · Facsimile (562) 692-2244
rcolvin@agclawfirm.com; vewing@agclawfirm.com
esalbert@agclawfirm.com

Attorneys for Defendants

Larry L. Baumbach, Esq. (SBN 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone (530) 891-6222 · Facsimile (530) 852-3969
llblaw@sandpipernet.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| **DONELL TRAMAINE THOMAS**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF CHICO; CHICO POLICE DEPARTMENT; MICHAEL RODDEN CHICO POLICE DEPARTMENT WATCH COMMANDER, and DOES 1 through 50, inclusive**, <br><br> Defendants. | Case No. 2:21-cv-00562- MCE-DMC <br><br> **STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER** <br><br> Judge: Hon. Morrison C. England, Jr. |

WHEREAS, on March 26, 2022, this Court issued an Initial Pretrial Scheduling Order pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure;

WHEREAS, Section III of the Initial Pretrial Scheduling Order provides, in part, "[a]ll discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure;"

WHEREAS, Section VIII of the Initial Pretrial Scheduling Order provides, in part, "[t]he parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of good cause;"

WHEREAS, on April 9, 2021, Defendants City of Chico, Chico Police Department, and Michael Rodden Chico Police Department Watch Commander (collectively referred to here as "Defendants") filed their answer on the last day available under the Federal Rules of Civil Procedure, obligating the parties to complete non-expert discovery no later than April 9, 2022;

WHEREAS, counsel for Plaintiff has not issued any written discovery thus far;

WHEREAS, counsel for Defendants issued discovery on December 23, 2021, and counsel for Plaintiff Donell Tramaine Thomas ("Plaintiff") provided responses, after all counsel agreed on a one-week extension, on January 31, 2022;

WHEREAS, on February 10, 2022, counsel for Defendants notified counsel for Plaintiff that Plaintiff was obligated, pursuant to Rule 34(b)(2)(B) of the Federal Rules of Civil Procedure, to produce documents by February 1, 2022, and on February 17, 2022 counsel for Plaintiff agreed to produce documents by March 4, 2022 to avoid law and motion practice over the failure to timely produce documents;

WHEREAS, on February 23, 2022, counsel for Defendants is scheduled to have major invasive surgery that will require a recovery time of at least four weeks;

WHEREAS, counsel for Defendants will need additional time to review Plaintiff's anticipated document production prior to taking Plaintiff's deposition;

WHEREAS, the parties desire and the above recitals demonstrate good cause to extend the deadline for the close of non-expert discovery, as set forth in Section IV of the Initial Pretrial

Scheduling Order, by ninety (90) days.  The parties have engaged in good-faith negotiations to avoid law and motion practice with respect to discovery issues thus far.  The parties believe the most efficient way to advance this case is to permit counsel for Defendants sufficient time to recover from major invasive surgery so that the facts in this case may be more fully developed by the time of trial if the facts so developed do not motivate and result in settlement;

IT IS THEREFORE STIPULATED, through the parties' respective undersigned counsel of record, and ordered by this Court as follows:

1. The deadline for the close of non-expert discovery, as set forth in Section IV of the Initial Pretrial Scheduling Order, shall be extended by ninety (90) days.

**IT IS SO STIPULATED**

PLAINTIFF:                                                                  DEFENDANTS:

DATED:                                                                         DATED:

_____                    _____
Law Offices of Larry L. Baumbach                            Alvarez-Glasman & Colvin
By: Larry L. Baumbach                                              By: Eric G. Salbert
Attorney for Plaintiff                                                    Attorneys for Defendants

IT IS SO ORDERED.

Dated:  March 9, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE