LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: 530-891-6222
Fax: 530-852-3969
Email: llblaw@sandpipernet.com

Attorney for Plaintiff
DONELL TRAMAINE THOMAS

Vincent C. Ewing, Esq. [SBN: 177708]
Eric G. Salbert, Esq. [SBN: 276073]
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
Telephone (562) 699-5500 Fax (562) 692-2244
vewing@agclawfirm.com; esalbert@agclawfirm.com

Attorneys for City of Chico, Chico Police Department, and
Michael Rodden Chico Police Department Watch Commander

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL TRAMAINE THOMAS,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF CHICO; CHICO POLICE DEPARTMENT; MICHAEL RODDEN CHICO POLICE DEPARTMENT WATCH COMMANDER, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:21-CV-00562-MCE-DMC<br><br>**STIPULATION AND ORDER MODIFYING OPPOSITION AND REPLY DEADLINES REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER LOCAL RULE 230**<br><br>**Complaint Filed: February 19, 2021**<br>**Trial Date: None Set** |

///

///

///

///

-1-

STIPULATION AND ORDER MODIFYING OPPOSITION AND REPLY DEADLINES REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER LOCAL RULE 230

1  WHEREAS, Defendants filled a Motion for Summary Judgement or Partial Summary
2 Judgment on December 30, 2022, noticing a hearing date of February 23, 2023;

3  WHEREAS, on January 6, 2023, this Court vacated the February 23, 2023 hearing date,
4 taking Defendants' motion under submission without appearance or oral argument;

5  WHEREAS, Local Rule 230, subdivision (c), requires, *inter alia*, any opposition to a motion
6 to be filed "no later than fourteen (14) days after the motion was filed;"

7  WHEREAS, Local Rule 230, subdivision (d), requires, *inter alia*, any reply to an opposition
8 to be filed "no later than ten (10) days after the opposition was filed;"

9  WHEREAS, Plaintiff's deadline to oppose Defendant's Motion for Summary Judgment or
10 Partial Summary Judgment is presently January 13, 2023;

11  WHEREAS, counsel for the parties have met and conferred for the purpose of resolving the
12 issues presented in this case and terminating the litigation.  However, because public entities are
13 involved, counsel for Defendants will need to coordinate meetings with Defendants to obtain
14 approval of the proposed resolution.  To reduce or eliminate unnecessary and additional attorney
15 work and to expedite expected dismissal of the case, the parties desire to continue the deadlines
16 arising out of Defendants' filing of their Motion for Summary Judgement or Partial Summary
17 Judgment.

18  IT IS THEREFORE STIPULATED, through the parties' respective undersigned counsel of
19 record, and ordered by this court as follows:

20  1.  The deadline for the filing of Plaintiff's opposition to Defendants' Motion for
21 Summary Judgement and Partial Summary Judgment shall be extended to April 7, 2023.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND ORDER MODIFYING OPPOSITION AND REPLY DEADLINES REGARDING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER LOCAL RULE 230

2. The deadline for the filing of Defendants' reply to any opposition filed by Plaintiff shall be extended to April 17, 2023.

**IT IS SO STIPULATED.**

Dated: January ____, 2023                LAW OFFICES OF LARRY L. BAUMBACH

By: _____
LARRY L. BAUMBACH
Attorney for Plaintiff DONELL TRAMAINE THOMAS

Dated: January ____, 2023                ALVAREZ-GLASMAN & COLVIN
VINCENT C. EWING, CITY ATTORNEY

By: _____
Eric G. Salbert, Deputy City Attorney
Attorneys for Defendants,
CITY OF CHICO, CHICO POLICE DEPARTMENT, AND MICHAEL RODDEN CHICO POLICE DEPARTMENT WATCH COMMANDER

IT IS SO ORDERED.

**Dated: January 13, 2023**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE