Vincent C. Ewing, Esq. [SBN: 177708]
Eric G. Salbert, Esq. [SBN: 276073]
ALVAREZ-GLASMAN & COLVIN
13181 Crossroads Parkway North, Suite 400
City of Industry, CA 91746
Telephone (562) 699-5500; Fax (562) 692-2244
vewing@agclawfirm.com; esalbert@agclawfirm.com

Attorneys for Defendants CITY OF CHICO, CHICO POLICE DEPARTMENT, and MICHAEL RODDEN CHICO POLICE DEPARTMENT WATCH COMMANDER

LARRY L. BAUMBACH [SBN: 50086]
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 891-6222; Facsimile: (530) 852-3969
llblaw@sandpipernet.com

Attorney for Plaintiff DONELL TRAMAINE THOMAS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL TRAMAINE THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF CHICO; CHICO POLICE DEPARTMENT; MICHAEL RODDEN CHICO POLICE DEPARTMENT WATCH COMMANDER, and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21-CV-00562-MCE-DMC<br><br>Hon. Morrison C. England, Jr., Presiding<br><br>**JOINT STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)] |

///

///

///

///

///

Plaintiff DONELL TRAMAINE THOMAS and Defendants CITY OF CHICO, CHICO POLICE DEPARTMENT and MICHAEL RODDEN CHICO POLICE DEPARTMENT WATCH COMMANDER (collectively, the "Parties"), by and through their counsel of record, hereby stipulate under Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Respectfully submitted,

Dated: March 1, 2023           ALVAREZ-GLASMAN & COLVIN
                               VINCENT C. EWING, CITY ATTORNEY


                               By:   /s/ ERIC G. SALBERT
                                   Eric G. Salbert, Deputy City Attorney
                                   Attorneys for Defendants,
                                   CITY OF CHICO, CHICO POLICE
                                   DEPARTMENT, AND MICHAEL RODDEN
                                   CHICO POLICE DEPARTMENT WATCH
                                   COMMANDER

Dated:  March 1, 2023          LAW OFFICES OF LARRY L. BAUMBACH


                               By:   /s/ LARRY L. BAUMBACH
                                   LARRY L. BAUMBACH
                                   Attorney for Plaintiff DONELL TRAMAINE
                                   THOMAS

### ORDER OF DISMISSAL

Pursuant to the foregoing stipulation Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and good cause appearing, this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.  The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  March 2, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE